AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | **UNDER SEAL** |
| v. | ) | |
| MELCY YALEXSY GUEVARA-BARRERA, | ) | Case No. 1:12-mj-00310 |
| also known as "Pedro" and "Primo", et al. | ) | |
| (See attached sheets for additional defendants**) | ) | |
| | ) | |

*Defendant(s)*

MAY - 8 2012

**UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____2006 to the Present Date____ in the county of _____Fairfax_____ in the ____Eastern____ District of ____Virginia____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 846 | Conspiracy to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

AUSA Sean P. Tonolli

*Complainant's signature*
Glenn Mai, Special Agent,
Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____05/08/2012____

City and state: ____Alexandria, VA____

/s/ Thomas Rawles Jones, Jr.
*Judge's signature*
Honorable T. Rawles Jones, Jr.
U.S. Magistrate Judge
*Printed name and title*

**\*\* Attachment to Criminal Complaint**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| SAMUEL BENITEZ-PINEDA, | ) |
| also known as "Wilfredo Benitez," "Roque," | ) |
| and "Chiripa," | ) |
| | ) |
| JOSE FREDY DELCID, | ) |
| also known as "Oscar Salgado," "Oscar," | ) |
| Franklin," "Chami," and "Matador," | ) |
| | ) |
| CONCEPCION BENITEZ-PINEDA, | ) |
| also known as "Conchi" and "Concha," | ) |
| | ) |
| LINDOR DELIS MARTINEZ-GUEVARA, | ) |
| also known as "Lindo" and "Genero," | ) |
| | ) |
| HECTOR MAURICIO AMAYA, | ) |
| also known as "Conejo" and "Kaubil," | ) |
| | ) |
| NELSON AMAYA ESCALON, | ) |
| also known as "Choco" and "Choquito," | ) |
| | ) |
| GENIS JHESSON AMAYA-PENA | ) |
| also known as "Jenis Yexon Amaya-Pena," | ) |
| "Flaco," and "Juanchope," | ) |
| | ) |
| MARVIN EDUARDO ESCOBAR BARRIOS, | ) |
| also known as "Catracho" and "Garrobo," | ) |
| | ) |
| WILSON RENIERY GUEVARA, | ) |
| also known as "Wilsson R. Guevara," | ) |
| | ) |
| JOEL LOPEZ, | ) |
| | ) |
| ANNELO ARGUETA REYES, | ) |
| also known as "Nelo," | ) |
| | ) |
| GLORIA ELENA OLIVIA CASTRO, | ) |
| | ) |
| JOAQUIN AVILA-RODRIGUEZ, | ) |
| also known as "Pollo," | ) |
| | ) |
| MARIO BENITEZ-PINEDA, | ) |
| also known as "Chaparro" and "Cuzuco," | ) |

**UNDER SEAL**

Criminal Case No. 1:12-mj-00310

SANTOS EFRAIN CARBAJAL BENITES,  )
 )
JOSE NELSON JURADO MEJIA,  )
also known as "Chino,"  )
 )
DOMINGO GOMEZ-RIVERA,  )
also known as "Flaco,"  )
 )
ANGEL ZELAYA LIZAMA,  )
also known as "El Diablo,"  )
 )
MARIO NOEL MEDINA-AGUILAR,  )
 )
JOSE DELORES VANEGAS,  )
also known as "Chivito,"  )
 )
ISAIAS ABREGO-MANCIA,  )
 )
RUDY HUMBERTO TABARO,  )
also known as "Rudy Humberto Tabara" and  )
"Colocho,"  )
 )
EDWIN ESPANA MORALES,  )
 )
JOSE LORENZO SARAVIA,  )
also known as "Jose Saravia-Lozano,"  )
 )
FNU LNU,  )
also known as "Alex" and "Gordito,"  )
 )
JULIO GIOVANNI NOLASCO,  )
also known as "Puma,"  )
 )
MARIA FLORINDA BENITEZ-PINEDA,  )
also known as "Flor" and "Loli,"  )
JOSE MARIA BENITES-PINEDA,  )
 )
JOSE ENRIQUE FUNEZ,  )
also known as "Jose Enrique Funz-Garay,"  )
"Jose Enrique Funes-Garay," and "Rick,"  )
 )
MARTIN JUAREZ-LOPEZ, and  )
 )
ELMER ADILIO ANZORA-MIRANDA,  )
 )
     Defendants.  )

2